United States District Court
Southern District of Texas
**ENTERED**
April 12, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CALEB AARON CHAPMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Case No. 2:22-CV-00134 |
| | § | |
| CONNIE MCELWAIN and 156TH | § | |
| DISTRICT COURT JUDGE JOHNSON, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the September 1, 2022, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Mitchel Neurock. (Dkt. No. 15). Magistrate Judge Neurock made findings and conclusions and recommended that, per the screening requirements of the Prison Litigation Reform Act, Plaintiff's Complaint be dismissed with prejudice. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Neurock's M&R, (Dkt. No. 15), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Complaint, (Dkt. No. 1), is **DISMISSED WITH PREJUDICE.**

It is SO ORDERED.

Signed on April 12, 2023.

                                                _____
                                                          **DREW B. TIPTON**
                                            **UNITED STATES DISTRICT JUDGE**